IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES R. USERY AN RHONDA S. USERY AS
TRUSTEES OF THE JIM AND RHONDA
USERY REVOCABLE TRUST                                                  PETITIONERS

vs.                         NO.   4-07-CV-01185 WRW

ANADARKO PETROLEUM CORPORATION;
HALLWOOD ENERGY, L.P.                                                  RESPONDENTS

### STIPULATION AND ORDER OF DISMISSAL

By stipulation of the parties, the claim for relief sought by Petitioners, as it relates to oil, is hereby dismissed with prejudice.

It is so ordered this 30th day of October, 2008.

_____
Honorable William R. Wilson, Jr.
United States District Court Judge

APPROVED AS TO FORM AND CONTENT

_____
John K. Baker
Mitchell, Williams, Selig, Gates
    & Woodyard, PLLC
425 W. Capitol Ave, Suite 1800
Little Rock, AR 72201
(501) 688-8800

Attorneys for Petitioners

_____
Rex M. Terry
Hardin, Jesson & Terry, PLC
P.O. Box 10127
Fort Smith, AR 72917
(479) 452-2200

Attorneys for Anadarko Petroleum Corporation

_____
James D. Rankin, III
Perkins & Trotter, PLLC
Suite 200, One Information Way
P.O. Box 251618
Little Rock, AR 72225-1618
(501) 603-9000

Attorneys for Hallwood Energy, L.P.