IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES R. USERY AND RHONDA S. USERY  PETITIONERS
AS TRUSTEES OF THE JIM AND RHONDA
USERY REVOCABLE TRUST

v.                          4:07CV01185-WRW

ANADARKO PETROLEUM CORPORATION, *et al.*  RESPONDENTS

## JUDGMENT

Based on an Order entered this date granting Respondents Motion for Summary Judgment, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 23rd day of December, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE