IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES R. USERY,** *et al.*                                                                    **PETITIONERS**

**v.**                            **4:07CV01185-WRW**

**ANADARKO PETROLEUM CORPORATION,** *et al.*             **RESPONDENTS**

### ORDER

As the United States Court of Appeals for the Eighth Circuit has directed,[1] this case is REMANDED to the Circuit Court of White County, Arkansas.

IT IS SO ORDERED this 19th day of July, 2010.

                                                         /s/Wm. R. Wilson, Jr.
                                                UNITED STATES DISTRICT JUDGE

---

[1] *Usery v. Anadarko Petroleum Corp.*, 606 F.3d 1017 (8th Cir. 2010).